IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FAYETTEVILLE DIVISION

**CHRISTOPHER BAILEY**                                                                         **PLAINTIFF**

V.                                 **CASE NO. 5:23-CV-5183**

**DR. ROBERT KARAS;
KARAS CORRECTIONAL HEALTH;
REGISTERED NURSE EARL HINELY; and
FORMER SHERIFF TIM HELDER**                          **DEFENDANTS**

## ORDER

Comes on for consideration the Report and Recommendation ("R&R") (Doc. 56) filed in this case on June 26, 2024, by the Honorable Christy Comstock, United States Magistrate Judge for the Western District of Arkansas. No party filed objections to the R&R, and the time to file objections has now passed.

**IT IS THEREFORE ORDERED** that the R&R is **ADOPTED IN ITS ENTIRETY**. Mr. Bailey's Motion for Summary Judgment (Doc. 53) is **DENIED** as not in compliance with the Federal Rules of Civil Procedure or the Local Rules of this Court; and Defendants' Joint Motion for Summary Judgment (Doc. 32) is **GRANTED**. This case is **DISMISSED WITH PREJUDICE**, and the Clerk is directed to **CLOSE THE CASE**.

**IT IS SO ORDERED** on this 16th day of July, 2024.

*/s/ Timothy L. Brooks*
TIMOTHY L. BROOKS
UNITED STATES DISTRICT JUDGE